# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

## Minute Entry

### Hearing Information:

| | |
|---|---|
| Debtor: | DESERT VALLEY STEAM CARPET CLEANING LLC |
| Case Number: | 2:20-BK-00570-BKM   Chapter: 11 |
| Date / Time / Room: | TUESDAY, MARCH 16, 2021 11:00 AM   TELEPHONIC HRGS |
| Bankruptcy Judge: | BRENDA K. MARTIN |
| Courtroom Clerk: | JENNIFER LOWRY |
| Reporter / ECR: | LETICIA OROSCO |

### Matters:

1) HEARING ON APPROVAL OF AMENDED DISCLOSURE STATEMENT FILED BY SHAWN AUBREY MCCABE OF WRIGHT LAW OFFICES PLC ON BEHALF OF DESERT VALLEY STEAM CARPET CLEANING LLC .
   R / M #:   197 / 0

2) HEARING ON ATLAS RESIDENTIAL'S MOTION TO SET EVIDENTIARY HEARING TO VALUE REAL PROPERTY FILED BY PATRICK R. BARROWCLOUGH OF ATKINSON, HAMILL & BARROWCLOUGH, P.C. ON BEHALF OF ATLAS RESIDENTIAL LLC .
   R / M #:   170 / 0

### Appearances:

SHAWN AUBREY MCCABE, ATTORNEY FOR DESERT VALLEY STEAM CARPET CLEANING LLC
TIMOTHY M. COLLIER, ATTORNEY FOR JAMIE AND VICTOR GRANADA
PATRICK KEERY, ADMINISTRATIVE CREDITOR
PATTY CHAN, ATTORNEY FOR THE U.S. TRUSTEE
SHAWN MCCABE, ATTORNEY FOR

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

(continue)...　　2:20-BK-00570-BKM　　　　　TUESDAY, MARCH 16, 2021 11:00 AM

## *Proceedings:*

### **MATTER 1**

Mr. McCabe submits that the first amended disclosure statements meets the requirements and does contain adequate and sufficient and information for creditors in the relevant classes to make an informed determination as to whether or not to accept or reject the resulting plan.

Mr. Barrowclough reviews his client's objection to the disclosure statement.

Mr. McCabe responds that the issues raised by Mr. Barrowclough can be resolved through the plan.

COURT: THE COURT PLACES ITS RULING ON THE RECORD. ANYONE WISHING TO OBTAIN A COPY MAY ORDER A TRANSCRIPT. MR. MCCABE IS DIRECTED TO MAKE THE REVISIONS DISCUSSED BY THE COURT.

IT IS ORDERED SETTING A CONTINUED HEARING ON APRIL 15, 2021 AT 1:30 PM.

### **MATTER 2**

Mr. Barrowclough indicates that a valuation hearing is needed before this case can move forward.

Mr. McCabe responds that value range is not in question.

COURT: IT IS ORDERED GRANTING THE MOTION.

IT IS ORDERED SETTING A ONE DAY TRIAL ON JUNE 1, 2021 AT 9:30 AM, WITH A PRETRIAL CONFERENCE ON MAY 25, 2021 AT 11:00 AM. THE COURT WILL ISSUE A ZOOM TRIAL ORDER.