1 Benjamin Wright, State Bar No. (027003)
Shawn A. McCabe, State Bar No. (032402)
2 Wright Law Offices
2999 N. 44th St., Ste. 600
3 Phoenix, AZ 85018
602-344-9695
4 480-717-3380 (fax)
shawn@azbklawyer.com
5 *Attorneys for Debtor*

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re<br><br>**DESERT VALLEY STEAM CARPET CLEANING, LLC**<br><br>Debtor. | Chapter 11<br><br>Case No. 2:20-bk-00570-BKM<br><br>**NOTICE OF LODGING ORDER** |

Pursuant to Local Bankruptcy Rule 9022-1 (b), Debtors, hereby provide this notice that on April 9, 2021, the attached *Stipulated Order Approving Interim Application of Debtor's Counsel for Compensation of Fees and Reimbursement of Expenses* was lodged with the Court.

**RESPECTFULLY SUBMITTED** this 9th day of April, 2021

                                             **Wright Law Offices, PLC**

                                             By: /s/ *Shawn A. McCabe* (#032402)
                                             Shawn A. McCabe
                                             *Attorneys for Debtor*

E-FILED this 9th day of April, 2021 with the U.S. Bankruptcy Court and copies served via ECF notice on the following parties that have appeared in the case.

**COPY** of the foregoing served via email to:

Cynthia L. Johnson
Law Offices of Cynthia L. Johnson
11640 East Caron Street
Scottsdale, AZ 85259

Cynthia@jsk-law.com
*Attorneys for Alfonso Larriva*

Christopher Dylla
Office of the Attorney General
2005 North Central Avenue
Phoenix, AZ 85004-1592
Christopher.dylla@azag.gov
*Attorneys for Arizona Department of Revenue*

Patrick R. Barrowclough
Atkinson, Hamill & Barrowclough, P.C.
3550 N. Central Avenue, Suite 1150
Phoenix, AZ 85012
pbarrowclough@ahblawfirm.com
*Attorneys for Atlas Residential, LLC*

Lane & Nach, P.C.
Attn: Adam B. Nach
2001 East Campbell A venue, Suite 103
Phoenix, AZ 85016
*Creditor*

Stanley J. Kartchner
c/o Lane & Nach, P.C.
Attn: Adam B. Nach
2001 East Campbell A venue, Suite 103
Phoenix, AZ 85016
*Chapter 7 Trustee*

Keery McCue, PLLC
6803 E Main Street
Suite 1116
Scottsdale, AZ 85251
pfk@keerymccue.com
*Creditor*

By: */s/ Rebecca Casteel*