Benjamin Wright, State Bar No. (027003)
Shawn A. McCabe, State Bar No. (032402)
Wright Law Offices
2999 N. 44th St., Ste. 600
Phoenix, AZ 85018
602-344-9695
480-717-3380 (fax)
shawn@azbklawyer.com
*Attorneys for Debtor*

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re<br><br>**DESERT VALLEY STEAM CARPET CLEANING, LLC**<br><br>Debtor. | Chapter 11<br><br>Case No. 2:20-bk-00570-BKM<br><br>**AMENDED NOTICE OF INTERIM APPLICATION OF DEBTOR'S COUNSEL FOR COMPENSATION OF FEES AND REIMBURSEMENT OF EXPENSES** |

NOTICE IS HEREBY GIVEN that Counsel for Debtor has filed an *Interim Application of Debtor's Counsel for Compensation of Fees and Reimbursement of Expenses* at Dkt. No. 206.

FURTHER NOTICE IS GIVEN that, pursuant to Local Bankruptcy Rule 9013-1(k), written objection must be filed with the Court within twenty-one (21) days of the date of this notice and a copy served upon Debtor's attorney whose name and address is:

Shawn A. McCabe
Wright Law Offices, PLC
2999 N. 44th Street, Ste 600
Phoenix, AZ 85018

If no written objection is filed with the Court and a copy served upon the Debtors within **WITHIN TWENTY-ONE (21) DAYS** of service of the Application for Compensation of Fees and Reimbursement of Expenses, the Application may be granted without further hearing.

**RESPECTFULLY SUBMITTED** this 12th day of April, 2021

**Wright Law Offices, PLC**

By: /s/ *Shawn A. McCabe* (#032402)
Shawn A. McCabe
*Attorneys for Debtor*

Page **1** of **2**

| | |
|---|---|
| 1 | **E-FILED** this _____ 12th day of April, 2021 with the U.S. Bankruptcy Court. **COPY** of the foregoing served via email and/or U.S. Mail to: |
| 2 | |
| 3 | |
| | Law Offices of Cynthia L. Johnson |
| 4 | 11640 East Caron Street |
| | Scottsdale, AZ 85259 |
| 5 | Cynthia@jsk-law.com |
| | *Attorneys for Alfonso Larriva* |
| 6 | |
| 7 | Christopher Dylla |
| | Office of the Attorney General |
| 8 | 2005 North Central Avenue |
| | Phoenix, AZ 85004-1592 |
| 9 | Christopher.dylla@azag.gov |
| | *Attorneys for Arizona Department of Revenue* |
| 10 | |
| 11 | Patrick R. Barrowclough |
| | Atkinson, Hamill & Barrowclough, P.C. |
| 12 | 3550 N. Central Avenue, Suite 1150 |
| | Phoenix, AZ 85012 |
| 13 | pbarrowclough@ahblawfirm.com |
| | *Attorneys for Atlas Residential, LLC* |
| 14 | |
| 15 | Lane & Nach, P.C. |
| | Attn: Adam B. Nach |
| 16 | 2001 East Campbell A venue, Suite 103 |
| | Phoenix, AZ 85016 |
| 17 | *Creditor* |
| 18 | |
| | Stanley J. Kartchner |
| 19 | c/o Lane & Nach, P.C. |
| | Attn: Adam B. Nach |
| 20 | 2001 East Campbell A venue, Suite 103 |
| | Phoenix, AZ 85016 |
| 21 | *Chapter 7 Trustee* |
| 22 | |
| | Keery McCue, PLLC |
| 23 | 6803 E Main Street, Suite 1116 |
| | Scottsdale, AZ 85251 |
| 24 | pfk@keerymccue.com |
| | *Creditor* |
| 25 | |
| 26 | All parties listed on the attached master mailing list |
| | who are not listed above. |
| 27 | |
| | By: */s/ Rebecca Casteel* |
| 28 | |