# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

### Hearing Information:

| | |
|---|---|
| Debtor: | DESERT VALLEY STEAM CARPET CLEANING LLC |
| Case Number: | 2:20-BK-00570-BKM  Chapter: 11 |
| Date / Time / Room: | THURSDAY, APRIL 15, 2021 01:30 PM  TELEPHONIC HRGS |
| Bankruptcy Judge: | BRENDA K. MARTIN |
| Courtroom Clerk: | RENEE BRYANT |
| Reporter / ECR: | N/A |

### Matter:

CONTINUED HEARING ON APPROVAL OF AMENDED DISCLOSURE STATEMENT FILED BY SHAWN AUBREY MCCABE OF WRIGHT LAW OFFICES PLC ON BEHALF OF DESERT VALLEY STEAM CARPET CLEANING LLC .

R / M #:  197 / 0

### Appearances:

SHAWN AUBREY MCCABE, ATTORNEY FOR DESERT VALLEY STEAM CARPET CLEANING LLC
PATRICK R. BARROWCLOUGH, ATTORNEY FOR ATLAS RESIDENTIAL
TIMOTHY COLLIER, ATTORNEY FOR JAMIE AND VICTOR GRANADO
PATRICK KEERY, ATTORNEY FOR DESERT VALLEY STEAM CARPET CLEANING LLC , AND KEERY MCCUE, PLLC

### Proceedings:

Mr. McCabe apologizes for the late filing last night. He does not object to any request to continue today's hearing.

Mr. Barrowclough states he has not had sufficient time to review the disclosure statement and would like a continuance. He expresses his frustration with the disclosure statement being filed last night.

Mr. McMcabe walks through the third amended disclosure statement.

COURT: IT IS ORDERED SETTING A CONTINUED HEARING ON MAY 5, 2021, AT 1:30 P.M. ANY WRITTEN RESPONSES SHALL BE FILED BY APRIL 28, 2021.